*Perlman* for petitioner. *Solicitor General Biggs* and *Messrs. Harry S. Ridgely* and *W. Marvin Smith* for the United States.

No. 549.  GORDON, SECRETARY OF BANKING, ET AL. *v.* WASHINGTON ET AL.  January 7, 1935.  Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted.  *Messrs. William A. Schnader* and *Harold D. Saylor* for petitioners.  *Mr. David Bortin* for respondents.

No. 550.  GORDON, SECRETARY OF BANKING, ET AL. *v.* O'BRIEN ET AL.  January 7, 1935.  Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted.  *Messrs. William A. Schnader* and *Harold D. Saylor* for petitioners.  *Mr. David Bortin* for respondents.

No. 557.  VULCAN MANUFACTURING CO. *v.* MAYTAG CO. January 7, 1935.  Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Messrs. I. J. Ringolsky* and *Armwell L. Cooper* for petitioner.  *Messrs. Wallace R. Lane* and *Nelson E. Johnson* for respondent.

No. 537.  HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* INTER-MOUNTAIN LIFE INSURANCE CO.  January 7, 1935.  Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted.  *Solicitor General Biggs* for petitioner.  *Messrs. Stephen W. Downey* and *A. R. Serven* for respondent.